# Notice Recipients

District/Off: 0420–3                   User: richardso                    Date Created: 9/24/2018

Case: 17–06114–hb                      Form ID: trc                       Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

543369880   MTGLQ Investors, LP       C/O Rushmore Loan Management Services        P.O. Box 55004        Irvine, CA
            92619–2708

                                                                                        TOTAL: 1