# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: | C/A No. 17-06114-hb |
| Scott David Youell | Chapter 13 |
| Debtor(s). | **ORDER LIFTING THE AUTOMATIC STAY** |

      This matter is before the Court on the certification of U.S. Bank Trust National Association as Trustee of Tiki Series III Trust ("Movant") that Debtor(s) did not comply with the settlement order entered by the Court on August 27, 2019 by failing to make required payments, as follows: October 1, 2019 - January 1, 2020 payments.  Movant has waived any claim arising under 11 U.S.C. §§ 503(b) and 507(b) and stipulated that any funds received from the disposition of the collateral in excess of all liens, costs, and expenses will be paid to the trustee or the estate. Based upon the certification of Movant, the stay is lifted as to 633 Ridgefield Drive, North Agusta, SC 29841.  Movant may send any required notice to the Debtor(s) and proceed with its remedies against the collateral.

      **AND IT IS SO ORDERED.**

**FILED BY THE COURT**
**02/19/2020**



US Bankruptcy Judge
District of South Carolina

Entered: 02/19/2020